Exhibit 1



Central Arizona College

October 7, 2019

Kathy Brooks
[redacted]

RE: 2019/2020 Letter of Intent to Employ

Congratulations, this letter serves as the College's official notice to employ you for the fiscal year 2019-2020.

| | |
|---|---|
| **Position:** | Professor of Psychology |
| **Authorized Period:** | October 7, 2019 – May 15, 2020 |
| **Employee Column/Step** | FA/2/1 |
| **Salary:** | $46.987.00 |
| **Position Number:** | TBD FAC-TEMP.05 |
| **Employee ID:** | 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 |

No signature is required. A copy of this letter will be placed in your personnel file. This assignment may be subject to approval at the next legally convened Governing Board meeting.

Thank you,

Jacki Elliott

Jacquelyn Elliott, Ed.D.
President/CEO

c: Personnel File

**Central Arizona College**
District Offices

**Superstition Mountain Campus** 805 S. Idaho Road Apache Junction, AZ 85119
**Aravaipa Campus** 80440 E. Aravaipa Road Winkelman, AZ 85192
**Signal Peak Campus** 8470 N. Overfield Road Coolidge, AZ 85128-9030
**Maricopa Campus** 17945 N. Regent Drive Maricopa, AZ 85138-7808
**San Tan Campus** 3736 E. Bella Vista Rd. San Tan Valley, AZ 85143

**1-800-237-9814**
**www.centralaz.edu**

CAC-BROOKS000027

Exhibit 2


Central Arizona College

April 27, 2020

Kathy Brooks
[redacted]

RE: 2020/2021 Letter of Intent to Employ

Congratulations, this letter serves as the College's official notice to employ you for the upcoming fiscal year of 2020-2021.

| | |
|---|---|
| Position: | Professor of Psychology |
| Authorized Period: | July 1, 2020 – June 30, 2021 |
| Assignment Period: | **August 10, 2020 – May 15, 2021**<br>*Work assignment dates for purpose of pay periods is August 10-May 15, but assignment not complete until grades submitted which may be up through May 18. |
| Employee Category: | Faculty – 9 months |
| Column: | 2 |
| Step: | 7 |
| Salary: | $49,878.00 |
| Position Number: | FAC-09-ND-11 |
| Comment: | Salary is dependent upon the approval of the 2020-2021 fiscal budget at the May 2020 Governing Board Meeting. |
| Comment 2: | "Your salary placement includes a 6 step equity salary adjustment". |

No signature is required. A copy of this letter will be placed in your personnel file.

We look forward to another year of successfully serving our students and our community.

Thank you,

Jackie Elliott

Jacquelyn Elliott, Ed.D.
President/CEO

cc: Personnel File

**"Unforeseen situations, such as the recent COVID-19 pandemic, may impact this assignment. The College reserves the right to make such modifications. "**

Exhibit 3

May 4, 2021

Kathy Brooks



RE: 2021/2022 Letter of Intent to Employ

Congratulations, this letter serves as the College's official notice to employ you for the upcoming fiscal year of 2021-2022.

| Position: | Professor of Psychology |
|---|---|
| Authorized Period: | July 1, 2021 – June 30, 2022 |
| Assignment Period: | **August 9, 2021 – May 14, 2021**<br>*Work assignment dates for purpose of pay periods is August 9-May 14, but assignment not complete until grades submitted which may be up through May 17. |
| Employee Category: | Faculty – 9 months |
| Column: | 2 |
| Step: | 7 |
| Salary: | $49,878.00 |
| Position Number: | FAC-09-ND-11 |
| Comment: | Salary is dependent upon the approval of the 2021-2022 fiscal budget at the May 2021 Governing Board Meeting. |

No signature is required. A copy of this letter will be placed in your personnel file.

We look forward to another year of successfully serving our students and our community.

Thank you,

Jacquelyn Elliott, Ed.D.
President/CEO

cc: Personnel File

**"Unforeseen situations, such as the recent COVID-19 pandemic, may impact this assignment. The College reserves the right to make such modifications. "**