Georgia A. Staton, Bar #004863
Gordon Lewis, Bar #015162
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-1752
Fax:  (602) 200-7854
gstaton@jshfirm.com
glewis@jshfirm.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Brooks,<br><br>                              Plaintiff,<br><br>v.<br><br>Central Arizona College, also known as Pinal County Community College District,<br><br>                              Defendant. | No. CV-23-00825-PHX-MTL<br><br>**Stipulation to Dismiss with Prejudice**<br><br>(Assigned to the Hon. Michael T. Liburdi) |

        The parties have reached a settlement resolving all claims in this matter.  The parties, by and through undersigned counsel, stipulate and agree that the above-captioned matter be dismissed with prejudice, with each side to bear their own costs and attorneys' fees.

        DATED this 8th day of November, 2023.


JONES, SKELTON & HOCHULI, P.L.C.          JACKSON WHITE PC


By /s/ Georgia A. Staton                              By /s/ Michael R. Pruitt
   Georgia A. Staton                                       Michael R. Pruitt
   Gordon Lewis                                            40 N. Center Street, Suite 200
   40 N. Central Avenue, Suite 2700             Mesa, Arizona 85201
   Phoenix, Arizona 85004                           Attorneys for Plaintiff
   Attorneys for Defendant

12214696.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Cecily N. Benson

12214696.1